UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHARLES THOMAS, on behalf of himself
and all others similarly situated,

                               Plaintiff,                            <u>SUA SPONTE ORDER</u>

       -against-                                        CV 11-5844 (MKB)(ETB)

CONTINENTAL SERVICE GROUP, INC.,

                               Defendant.
------------------------------------------------------------------------X

Upon further review of the papers filed in this action, the Court erred in the reconsideration Order dated March 12, 2013, wherein it stated that "[t]he plaintiff's motion for sanctions contained in the motion dated January 4, 2013 remains unopposed."  Defendant did in fact oppose plaintiff's second motion in a timely fashion.  (<u>See</u> Docket Entry #17.)

This oversight, however, does not otherwise change the Court's March 12, 2013 Order. While the defendant reports additional production of documents in response to the underlying December 7, 2012 Order,[1] defendant also acknowledges that it has still not fully complied with that Order.  Thus, defendant remains responsible for compliance, as well as the per diem sanction and cost-shifting, as set forth in the Order of March 6, 2013.

Oral argument with respect to plaintiff's March 29, 2013 motion for additional sanctions, based on continued non-compliance, will be held on April 9, 2013 at 3:00 p.m. in Courtroom 830, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York.  All counsel are directed to appear.

---

[1]  It was the original Order, dated December 7, 2012, on plaintiff's motion to compel dated November 27, 2012, that was granted without any opposition.

-1-

**SO ORDERED:**

Dated: Central Islip, New York
       April 3, 2013

                                        /s/ E. Thomas Boyle
                                        E. THOMAS BOYLE
                                        United States Magistrate Judge